**Order entered April 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00421-CV

### IN RE CAR SAVER, INC., AND
### JOHN GREGORY BURNETTE, INDIVIDUALLY, Relators

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00801**

## ORDER
Before Justices Myers, Whitehill, and Nowell

Before the Court are relators' petition for writ of mandamus, emergency motion for temporary relief, and motion to file confidential mandamus record under seal. We **GRANT** the emergency motion for temporary relief and **STAY** the trial court's March 29, 2019 discovery order. This stay shall remain in effect until further order of this Court.

We **GRANT** the motion to file confidential mandamus record under seal and **DIRECT** the Clerk of this Court to file under seal in paper form the documents tendered to the Court for in camera inspection. TEX. R. APP. P. 9.2(c)(3) ("Documents filed under seal, subject to a motion to seal, or to which access is otherwise restricted by law or court order must not be electronically filed."). These documents shall remain under seal until further order of this Court.

We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by April 29, 2019.**

/s/    ERIN A. NOWELL
       JUSTICE